UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JUSTIN A. L., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|         v. | ) 2:19-cv-00325-JDL |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

ORDER ACCEPTING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

Justin A. L. seeks judicial review of the Social Security Administration Commissioner's final decision denying his application for a period of disability, disability insurance benefits, and supplemental security income (ECF No. 1). Pursuant to 28 U.S.C.A. § 636(b)(3) and D. Me. Local R. 16.3(a)(2), a hearing on Justin A. L.'s Statement of Errors (ECF No. 11) was held before United States Magistrate Judge John H. Rich III on March 13, 2020. The Magistrate Judge filed his Recommended Decision with the Court on June 3, 2020 (ECF No. 16). The time within which to file objections to the Recommended Decision has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Having reviewed and considered the parties' arguments and the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in the Recommended Decision and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision (ECF No. 16)

of the Magistrate Judge is hereby **ACCEPTED**, and the Commissioner's decision is **AFFIRMED**.

      SO ORDERED.

      **Dated this 13th day of July, 2020.**

                                                      /s/ Jon D. Levy  
                                          **CHIEF U.S. DISTRICT JUDGE**